# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 05-3684

_____

| | |
|---|---|
| Comcast, of Illinois X, LLC, An Illinois Limited Liability Company, | * <br> * <br> * |
| Appellee, | * <br> * <br> * |
| v. | * <br> * |
| TKA Electronics, Inc., | * <br> * |
| Defendant, | * <br> * |
| Thomas Abboud, individually, | * <br> * |
| Appellant, | * <br> * |
| Cathy Vigneri, individually; Kim Abboud, individually; Raymond Vigneri, individually; Terry Abboud, individually, | * <br> * <br> * <br> * <br> * |
| Defendants. | * |

_____

No. 05-3739

_____

Appeals from the United States
District Court for the
District of Nebraska

| | |
|---|---|
| Comcast, of Illinois X, LLC, An Illinois Limited Liability Company, | * <br> * <br> * |
| Appellee, | * <br> * |
| v. | * |

[UNPUBLISHED]

|                                           |     |
|-------------------------------------------|-----|
|                                           | *   |
| TKA Electronics, Inc.; Thomas             | *   |
| Abboud, individually,                     | *   |
|                                           | *   |
|                                           | *   |
| Defendant,                                | *   |
|                                           | *   |
| Cathy Vigneri, individually,              | *   |
|                                           | *   |
| Appellant,                                | *   |
|                                           | *   |
| Kim Abboud, individually,                 | *   |
|                                           | *   |
| Defendant,                                | *   |
|                                           | *   |
| Raymond Vigneri, individually,            | *   |
|                                           | *   |
| Appellant,                                | *   |
|                                           | *   |
| Terry Abboud, individually,               | *   |
|                                           | *   |
| Defendant.                                | *   |

_____

Submitted:  December 29, 2006
Filed:  January 8, 2007
_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.
_____

PER CURIAM.

In these consolidated cases, Thomas Abboud and Raymond and Cathy Vigneri appeal the district court's[1] adverse grant of summary judgment in an action brought

_____

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

against them under 47 U.S.C. § 553(c).  Because they have provided no basis for reversal, <u>see</u> <u>Iowa Network Servs., Inc. v. Qwest Corp.</u>, 466 F.3d 1091, 1094 (8th Cir. 2006) (summary judgment standard of review), we affirm, <u>see</u> 8th Cir. R. 47B.

_____